UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2016 APR 13 PM 2:52

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Cause No. 1:16-cr- |
| DAVID E. QUINN, ) | **1:16-cr-0080 JMS -MJD** |
| Defendant. ) | |

### INFORMATION

The United States Attorney charges that:

Beginning in February 2010 and continuing until November 2015, in Hancock County, in the Southern District of Indiana,

DAVID E. QUINN,

Defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to his own use, money of the Department of Veterans Affairs (VA), a department or agency of the United States, that is, VA spousal benefits to which he knew he was not entitled, having a value of approximately $80,357.16; which being in violation of Title 18, United States Code, Section 641.

_____
JOSH J. MINKLER
United States Attorney
Southern District of Indiana

STATE OF INDIANA    )
                                 )   SS:
COUNTY OF MARION  )

    James M. Warden, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America, and that the allegations in the foregoing Information are true as he is informed and verily believes.

                                                          James M. Warden
                                                          Assistant United States Attorney

    Subscribed and sworn to before me, a notary public, on this 12th day of April, 2016.

                                                          Guey Jen Yang
                                                          Notary Public

My Commission Expires: June 27, 2022

My County of Residence: Hendricks