UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Cause No. 1:16-cr- |
| DAVID E. QUINN, | ) **1:16-cr-0080 JMS -MJD** |
| Defendant. | ) |

You have been charged in an Information with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 641 | 10 | $250,000 | 3 year |

Dated: _____    _____
                                DAVID E. QUINN
                                Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that she signed (or refused to sign) the acknowledgment.

_____
United States Magistrate Judge
Southern District of Indiana